**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

BEFORE:    **ARLENE R. LINDSAY**     **DATE: 5/18/2021**
             **United States Magistrate Judge**

                                                      **TIME: 1:00 p.m.**

**DOCKET NO: 20-4519 (ARL)**

**CASE: Bonilla-Granados**

\_\_\_  **INITIAL CONFERENCE**

\_\_\_  **STATUS CONFERENCE**

\_\_\_  **SCHEDULING CONFERENCE**       **BY TELEPHONE  X**

\_\_\_  **SETTLEMENT CONFERENCE**

\_\_\_  **FINAL CONFERENCE**

 **X**  **FAIRNESS HEARING**

    **APPEARANCES:**        **FOR PLAINTIFF:**        **FOR DEFENDANTS:**

                             **Maia Goodell**         **Solomon Abramov**

The following rulings were made:

      **Based upon the statements placed on the record and pursuant to the principles set forth in Kolinsky v. Scholastic Inc., 900 F. Supp. 2d 332 (S.D.N.Y. 2012) and Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015), cert. Denied, 136 S. Ct. 824 (2016), the settlement agreement is approved. The Clerk of Court is directed to mark the matter closed. The court reserves decision as to retaining jurisdiction over the agreement.**

                               **SO ORDERED:**

                                      **/s/**