UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Israel Bonilla-Granados,

                        Plaintiff,                       Case No.:  2:20-cv-04519- SJF-ARL

           -against-

                                         **STIPULATION OF DISMISSAL**

Bagel Choice, Inc. d/b/a Bagelman-Deliman,
and Boris Gushchin,

                      Defendants.
------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs to any party; and

       **IT IS FURTHER STIPULATED AND AGREED** that a copy of this Stipulation shall be considered an original for all purposes, and

       **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

       This Stipulation may be filed with the Court without any further notice.


**[THIS SPACE IS INTENTIONALLY LEFT BLANK]**

12

Dated: New York, New York
    April 26, 2021

Dated: Woodbury, New York
    April 30, 2021

KAKALEC LAW, PLLC
*Attorneys for Plaintiff*

By: _____
    Maia Goodell, Esq.
    195 Montague Street, 14th Floor,
    Brooklyn, New York 11201,
    (212) 705-8730

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendants*

By: _____
    Keith Gutstein, Esq.
    Solomon Abramov, Esq.
    135 Crossways Park Drive, Suite 201
    Woodbury, New York 11797
    T: (516) 681-1100

SO ORDERED: _____

13